IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEVEN LAZAR,** : |  |
|     **Plaintiff** : |  |
| : | **CIVIL ACTION** |
|     v. : | **NO. 15-3648** |
| : |  |
| **FEDERAL BUREAU OF** : |  |
| **INVESTIGATION,** : |  |
|     **Defendants** : |  |

## ORDER

**AND NOW**, this 13th day of September 2016, upon consideration of Plaintiff Steven Lazar's Motion for Summary Judgment [Doc. No. 19] Defendant Federal Bureau of Investigation's Motion to Dismiss and for Partial Summary Judgment [Doc. No. 20], and Plaintiff's Response [Doc. No. 21], and for the reasons stated in the accompanying Opinion, it is hereby **ORDERED** as follows:

1. Plaintiff Steven Lazar's Motion for Summary Judgment [Doc. No. 19] is **DENIED**.

2. Defendant Federal Bureau of Investigation's Motion to Dismiss and for Partial Summary Judgment [Doc. No. 20] is **GRANTED**.

3. The Clerk of Court shall **CLOSE** this case for statistical purposes.

    **IT IS SO ORDERED**.

                                            **BY THE COURT:**

                                            **/s/ Cynthia M. Rufe**
                                            _____
                                            **CYNTHIA M. RUFE, J.**